IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) MARIBEL RODRIGUEZ-FRAGOSO<br>2) ANGEL HERNANDEZ-NUÑEZ<br>3) VICTOR GONZALEZ-CRUZ<br>4) JOSE DAVID SANJURJO-CARILLO<br>5) ALEXANDER CALDERON-LOPEZ<br>6) CARLOS NATAL-SILVA<br>7) FELIX AQUINO-HIRALDO<br>8) JOSE CASTRO-ARROYO<br>9) CHRISTIAN ESCALERA-RODRIGUEZ<br>**10) EDWIN SAMUEL LISBOA-GARCIA**<br>11) JOSE E. NAVARRO-RIVERA<br>12) LUIS D. VAZQUEZ-RIVERA<br>13) NICOLAS RIVERA-LUCIANO<br>14) LUIS AYALA-HERRERA<br>15) MARIO MACEIRA-ESPIRITUSANTO<br>16) HUGO E. OQUENDO-ALEJANDRO<br>17) GERARDO I. BETANCOURT-ESTRELLA<br>18) NELSON ORTIZ-CHERVONY<br>19) ORSI GERMAN RODRIGUEZ-CONTRERAS<br>20) RUDOLFO TORRES-CORTES<br>21) JOSE OMAR CARABALLO-NIEVES<br>22) EUGENE A. ROMERO-SANTIAGO<br>23) ANGEL L. MORALES-SEDA<br>24) ARMANDO MEDINA-GUZMAN<br>25) JESUS MANUEL LAUREANO-PEREZ<br>Defendants | CRIMINAL 12-0434CCC |

**ORDER**

Having considered the Report and Recommendation filed on October 11, 2013 (**docket entry 641**) on a Rule 11 proceeding of defendant [10] Edwin Samuel Lisboa-García held before U.S. Magistrate Judge Silvia Carreño-Coll on October 3 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 12-0434CCC                               2

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 3, 2013.  The **sentencing hearing is set for February 6, 2014 at 4:30 PM**.

    SO ORDERED.

    At San Juan, Puerto Rico, on October 28, 2013.


                                                     S/CARMEN CONSUELO CEREZO
                                                     United States District Judge